Tanya E. Moore, SBN 206683
K. Randolph Moore, SBN 106933
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
Cecil Shaw

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CECIL SHAW,<br><br>   Plaintiff,<br><br>   vs.<br><br>MELANIE NOBLE, et al.,<br><br>   Defendants. | No. 1:12-CV-01367-LJO-SKO<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION; ORDER** |

WHEREAS, Defendants have not filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendants have settled the matter amongst themselves;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: November 15, 2012                    MOORE LAW FIRM, P.C.

                                                         /s/Tanya E. Moore
                                                         Tanya E. Moore
                                                         Attorneys for Plaintiff Cecil Shaw

///

*Shaw v. Noble, et al.*
Notice of Voluntary Dismissal of Action; [Proposed] Order
Page 1

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:   **November 15, 2012**              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

*Shaw v. Noble, et al.*
Notice of Voluntary Dismissal of Action; [Proposed] Order
Page 2